NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID EARL WILLIAMS JR.,                )
DOC #A50022,                            )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-4033
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed August 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

            Affirmed.

KELLY, BLACK, and SALARIO, JJ., Concur.